**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

In re:

BBCO, LLC § Case No. 1:17-bk-12039-SDR

Debtor(s) § Chapter 7

§

§

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/08/2017. The undersigned trustee was appointed on 05/08/2017.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of    $    863,610.96

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 103,755.19 |
| Bank service fees | 1,286.27 |
| Other payments to creditors | 688,521.04 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 70,048.46 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 08/10/2017 and the deadline for filing governmental claims was 11/04/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $30,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $30,000.00, for a total compensation of $30,000.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $40.76 for total expenses of $40.76$^2$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/31/2018          By: /s/ James R. Paris
                                                  Trustee , Bar No.: 001454

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 1:17-bk-12039-SDR  
**Case Name:** BBCO, LLC  
**For Period Ending:** 10/31/2018

**Trustee Name:** (620260) James R. Paris  
**Date Filed (f) or Converted (c):** 05/08/2017 (f)  
**§ 341(a) Meeting Date:** 06/14/2017  
**Claims Bar Date:** 08/10/2017

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1* | Hunter Rd Self-Storage Checking Acct. Ending in 1631 (u) (See Footnote) | 0.00 | 0.00 | | 20,600.00 | FA |
| 2* | Accumulated Sign Rent 617 Signal Mtn Rd 37405 (u) (See Footnote) | 0.00 | 0.00 | | 9,666.68 | 0.00 |
| 3 | 6129 Hunter Road aka 7070 Luther Trail (u) | Unknown | Unknown | | 831,681.94 | FA |
| 4 | Refund of Utility Deposit/Overpayment (u) | Unknown | Unknown | | 129.03 | FA |
| 5 | 617 Signal Mountain Road (u) | 0.00 | 0.00 | | 1,533.31 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$0.00** | **$0.00** | | **$863,610.96** | **$0.00** |

RE PROP# 1    Received per Trustee's 8/10/17 demand

RE PROP# 2    Funds recieved from account ending in 0657 per Trustee's demand on 8/10/17

**Major Activities Affecting Case Closing:**

Negotiating resolution of Smartbank secure claim on Signal Mountain Road property. Awaiting information from two claimants to evaluate claims filed with insufficient documentation. Claims evaluation process has been delayed due to sudden death by heart attack of one of the claimants and transfer of representation from bankruptcy counsel to probate counsel. - 2/9/18

**Initial Projected Date Of Final Report (TFR):** 06/30/2018      **Current Projected Date Of Final Report (TFR):** 10/12/2018 (Actual)

10/31/2018  
Date

/s/James R. Paris  
James R. Paris

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 1:17-bk-12039-SDR | Trustee Name: | James R. Paris (620260) |
|---|---|---|---|
| Case Name: | BBCO, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3379 | Account #: | ******1000 Checking |
| For Period Ending: | 10/31/2018 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/14/17 | {1} | BBCO, LLC | Turnover of Checking Account Funds Ending in 1631 | 1229-000 | 10,000.00 | | 10,000.00 |
| 08/14/17 | {2} | BBCO, LLC | Accumulated Signed Rent Payments from Account Ending 0657 | 1222-000 | 4,000.00 | | 14,000.00 |
| 08/17/17 | 101 | Pinnacle Bank | Adequate Protection Payment | 4110-000 | | 3,800.00 | 10,200.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 10,190.00 |
| 09/11/17 | {1} | BBCO, LLC | Turnover of Checking Account Funds from account ending 1631 | 1229-000 | 3,800.00 | | 13,990.00 |
| 09/14/17 | 102 | Pinnacle Bank | Adequate Protection Payment - Sept. 2017 | 4110-000 | | 3,800.00 | 10,190.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.44 | 10,174.56 |
| 10/04/17 | {1} | BBCO, LLC | From banking account ending in 1631 | 1229-000 | 3,800.00 | | 13,974.56 |
| 10/16/17 | 103 | Pinnacle Bank | Adequate Protection Payment - Oct. 2017 | 4110-000 | | 3,800.00 | 10,174.56 |
| 10/19/17 | {1} | BBCO, LLC | Proceeds from checking acct ending in 1631 per Trustee informal demand. | 1229-000 | 3,000.00 | | 13,174.56 |
| 10/19/17 | {2} | BBCO, LLC | Proceeds Signal Mtn Road sign rental from checking acct ending in 0657 | 1222-000 | 3,000.00 | | 16,174.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.32 | 16,153.24 |
| 11/02/17 | | JONES RAULSTON TITLE INSURANCE AGENCY, INC | Sale Proceeds 6129 Hunter Road aka 7070 Luther Trail | | 82,465.13 | | 98,618.37 |
| | {3} | Hunter Road Self-Storage | Hunter Road Self-Storage, LLC, a designee of Optimum Properties Tennessee, LLC  $825,000.00 | 1210-000 | | | 98,618.37 |
| | | | Real Estate Commission for Two Realtors  -$41,250.00 | 3510-000 | | | 98,618.37 |
| | | Pinnacle Bank c/o Mr. Gary Patrick Patrick, Beard, Schulman & Jacoway P.C. | Payoff 1st Mortgage - Pinnacle Bank  -$677,121.04 | 4110-000 | | | 98,618.37 |
| | | | Seller's Prorated County Taxes  -$17,592.33 | 2820-000 | | | 98,618.37 |
| | | | Closing Costs  -$6,571.50 | 2500-000 | | | 98,618.37 |
| 11/15/17 | {2} | Fairway Outdoor Funding, LLC | November Signal Mountain Road Sign Rent | 1222-000 | 500.00 | | 99,118.37 |
| | | | **Page Subtotals:** | | **$110,565.13** | **$11,446.76** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                                         ! - transaction has not been cleared

Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 1:17-bk-12039-SDR | Trustee Name: | James R. Paris (620260) |
|---|---|---|---|
| Case Name: | BBCO, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3379 | Account #: | ******1000 Checking |
| For Period Ending: | 10/31/2018 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/15/17 | {4} | EPB | Customer Refund of Utility Deposit/Overpayment | 1290-000 | 129.03 | | 99,247.40 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 130.40 | 99,117.00 |
| 12/05/17 | 104 | Eastside Utility District | Final Bill for 7070 Luther Trail AKA 6129 Hunter Road | 2420-000 | | 4.48 | 99,112.52 |
| 12/05/17 | 105 | James A. Fields, Attorney for Trustee | Attorney for Trustee Compensation and Expenses Payment as Ordered in Doc 63 | | | 5,773.68 | 93,338.84 |
| | | | Compensation for Services Rendered as Attorney for Trustee $5,750.00 | 3110-000 | | | 93,338.84 |
| | | | Reimbursement of Expenses Accrued During Time Spent as Attorney for Trustee $23.68 | 3120-000 | | | 93,338.84 |
| 12/14/17 | 106 | Keith Cochran, CPA, P.C. | Professional Services Rendered: Bookkeeping for the Month of November 2017 | 2990-000 | | 125.00 | 93,213.84 |
| 12/15/17 | 107 | W. Roger Fitch | Payment of First Application for Compensation and Expenses per Order on 12/15/17 in Doc 65 | | | 13,547.60 | 79,666.24 |
| | | | Payment of Compensation per Doc 65 $13,407.50 | 3410-000 | | | 79,666.24 |
| | | | Payment of Expenses per Doc 65 $140.10 | 3420-000 | | | 79,666.24 |
| 12/19/17 | {2} | Fairway Outdoor Funding, LLC | | 1222-000 | 500.00 | | 80,166.24 |
| 12/29/17 | 108 | James R. Paris | Compensation for work as Attorney for Trustee per Doc 67 | 3110-000 | | 6,900.00 | 73,266.24 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.72 | 73,141.52 |
| 01/02/18 | {3} | JONES RAULSTON TITLE INSURANCE AGENCY, INC | Refund to Seller for overcollection of property taxes at 11/02/17 Closing of Property at 6129 Hunter Rd aka 7070 Luther Trail, Ooltewah, TN 37363 | 1210-000 | 6,294.16 | | 79,435.68 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.49 | 79,310.19 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 106.47 | 79,203.72 |
| 03/20/18 | {2} | Fairway Outdoor Funding, LLC | January Sign Rent for the Signal Mountain Road Property - Received 3/19/18 | 1222-000 | 500.00 | | 79,703.72 |
| 03/20/18 | {2} | Fairway Outdoor Funding, LLC | February Sign Rent for the Signal Mountain Road Property - Received 3/19/18 | 1222-000 | 500.00 | | 80,203.72 |

Page Subtotals:    $7,923.19    $26,837.84

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 1:17-bk-12039-SDR | Trustee Name: | James R. Paris (620260) |
|---|---|---|---|
| Case Name: | BBCO, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3379 | Account #: | ******1000 Checking |
| For Period Ending: | 10/31/2018 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/18 | {2} | Fairway Outdoor Funding, LLC | Partial March Sign Rent for the Signal Mountain Road Property - Received 3/19/18 | 1222-000 | 166.67 | | 80,370.39 |
| 03/20/18 | {3} | Capital Premium Financing, Inc | Credit Refund for pre-paid insurance on 7070 Luther Trail Property - Received 3/19/18 | 1210-002 | 387.78 | | 80,758.17 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.59 | 80,643.58 |
| 04/03/18 | {2} | Fairway Outdoor Funding, LLC | Partial April Sign Rent for the Signal Mountain Road Property | 1222-000 | 166.67 | | 80,810.25 |
| 04/16/18 | 109 | Keith Cochran, CPA, P.C. | Professional Services Rendered: Bookkeeping for the months of February, March, and April | 2990-000 | | 375.00 | 80,435.25 |
| 04/16/18 | 110 | Tennessee Department of Revenue | 2017 Franchise/Excise Taxes | 2820-000 | | 811.00 | 79,624.25 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 111.96 | 79,512.29 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.81 | 79,386.48 |
| 06/04/18 | {2} | Fairway Outdoor Funding, LLC | Partial June Sign Rent for the Signal Mountain Road Property | 1222-000 | 166.67 | | 79,553.15 |
| 06/06/18 | {5} | SmartBank | SmartBank reimbursement of Seller's prorated property taxes for 617 Signal Mountain Road - 6/5/18 Closing | 1210-000 | 1,533.31 | | 81,086.46 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.18 | 80,974.28 |
| 07/09/18 | 111 | Tennessee Department of Revenue | F&E Taxes for the year 2018 | 2820-000 | | 100.00 | 80,874.28 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.16 | 80,750.12 |
| 08/06/18 | 112 | W. ROGER FITCH | Second Application for Compensation and Expenses Granted by Order (Doc 89) | | | 8,143.80 | 72,606.32 |
| | | | Second Application for Compensation and Expenses Granted by Order (Doc 89)  $8,032.50 | 3410-000 | | | 72,606.32 |
| | | | Second Application for Compensation and Expenses Granted by Order (Doc 89)  $111.30 | 3420-000 | | | 72,606.32 |
| 08/15/18 | 113 | Samples, Jennings, Clem, and Fields, PLLC | Final Application for Fees and Expenses Granted 08/14/2018 (Doc 91) | | | 2,560.80 | 70,045.52 |
| | | | Final Application for Fees and Expenses Granted 08/14/2018 (Doc 91) | 3210-000 | | | 70,045.52 |
| | | | **Page Subtotals:** | | **$2,421.10** | **$12,579.30** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                                                                  ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 1:17-bk-12039-SDR | Trustee Name: | James R. Paris (620260) |
|---|---|---|---|
| Case Name: | BBCO, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3379 | Account #: | ******1000 Checking |
| For Period Ending: | 10/31/2018 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $2,525.00 | | | | |
| | | | Final Application for Fees and Expenses Granted 08/14/2018 (Doc 91) $35.80 | 3220-000 | | | 70,045.52 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 110.09 | 69,935.43 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.64 | 69,881.79 |
| 10/03/18 | {2} | Fairway Outdoor Funding, LLC | Found Partial May Sign Rent for the Signal Mountain Road Property | 1222-000 | 166.67 | | 70,048.46 |
| | | **COLUMN TOTALS** | | | 121,076.09 | 51,027.63 | $70,048.46 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 121,076.09 | 51,027.63 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$121,076.09** | **$51,027.63** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 1:17-bk-12039-SDR | **Trustee Name:** | James R. Paris (620260) |
| **Case Name:** | BBCO, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3379 | **Account #:** | ******1000 Checking |
| **For Period Ending:** | 10/31/2018 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|   |   |
|---|---:|
| Net Receipts: | $121,076.09 |
| Plus Gross Adjustments: | $742,534.87 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $387.78 |
| Net Estate: | $863,223.18 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1000 Checking | $121,076.09 | $51,027.63 | $70,048.46 |
| | **$121,076.09** | **$51,027.63** | **$70,048.46** |

10/31/2018                               /s/James R. Paris
Date                                      James R. Paris

UST Form 101-7-TFR (5/1/2011)

Printed: 10/31/18 2:57 PM

## Exhibit C
## Claims Distribution Register

Page: 1

**Case:   1:17-bk-12039-SDR BBCO, LLC**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|

**Admin Ch. 7 Claims:**

| | 12/29/17 | 200 | JAMES R. PARIS<br>620 LINDSAY STREET<br>SUITE 210<br>CHATTANOOGA, TN 37403<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | | $ 6,900.00 | $ 6,900.00 | $ 6,900.00 | $ 0.00 | $ 0.00 |
| | 12/14/17 | 200 | Keith Cochran, CPA, P.C.<br>Keith Cochran, CPA, P.C.<br>7324 Nashville Street<br>Ringold, GA 30736<br><2990-00 Other Chapter 7 Administrative Expenses> | | $ 500.00 | $ 500.00 | $ 500.00 | $ 0.00 | $ 0.00 |
| | 04/16/18 | 200 | Tennessee Department of Revenue<br>Andrew Jackson State Office Building<br>500 Deaderick Street<br>Nashville, TN 37242<br><2820-00 Other State or Local Taxes (post-petition)> | | $ 811.00 | $ 811.00 | $ 811.00 | $ 0.00 | $ 0.00 |
| | 06/21/18 | 200 | United States Bankruptcy Court Clerk<br>Historic U.S. Courthouse<br>31 E. 11th Street<br>Chattanooga, TN 37402<br><2700-00 Clerk of the Court Fees><br>Per Doc 81 - Two Motions to Sell Free and Clear of Liens | | $ 362.00 | $ 362.00 | $ 0.00 | $ 362.00 | $ 362.00 |
| | 12/15/17 | 200 | W. ROGER FITCH<br>414 WHITE ROAD<br>CHATTANOOGA, TN 37421<br><3410-00 Accountant for Trustee Fees (Other Firm)> | | $ 13,407.50 | $ 13,407.50 | $ 13,407.50 | $ 0.00 | $ 0.00 |
| | 12/15/17 | 200 | W. ROGER FITCH<br>414 WHITE ROAD<br>CHATTANOOGA, TN 37421<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | | $ 140.10 | $ 140.10 | $ 140.10 | $ 0.00 | $ 0.00 |
| | 08/06/18 | 200 | W. ROGER FITCH<br>414 WHITE ROAD<br>CHATTANOOGA, TN 37421<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>Second Application for Compensation and Expenses Granted by Order (Doc 89) | | $ 8,032.50 | $ 8,032.50 | $ 8,032.50 | $ 0.00 | $ 0.00 |
| | 08/06/18 | 200 | W. ROGER FITCH<br>414 WHITE ROAD<br>CHATTANOOGA, TN 37421<br><3420-00 Accountant for Trustee Expenses (Other Firm)><br>Second Application for Compensation and Expenses Granted by Order (Doc 89) | | $ 111.30 | $ 111.30 | $ 111.30 | $ 0.00 | $ 0.00 |

Printed: 10/31/18 2:57 PM                          **Exhibit C**                                     Page: 2
                                        **Claims Distribution Register**

**Case:    1:17-bk-12039-SDR BBCO, LLC**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| ATT FOR | 12/05/17 | 200 | James A. Fields, Attorney for Trustee<br>Samples, Jennings, Clem, and Fields, PLLC<br>130 Jordan Drive<br>Chattanooga , TN 37421<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | $ 23.68 | $ 23.68 | $ 23.68 | $ 0.00 | $ 0.00 |
| ATT FOR | 08/14/18 | 200 | James A. Fields, Attorney for Trustee<br>Samples, Jennings, Clem, and Fields, PLLC<br>130 Jordan Drive<br>Chattanooga,, TN 37421<br><3220-00 Attorney for Trustee Expenses (Other Firm) ><br>Final Application for Fees and Expenses Granted on 8/14/2018 (Doc 91) | $ 35.80 | $ 35.80 | $ 35.80 | $ 0.00 | $ 0.00 |
| ATT FOR | 12/05/17 | 200 | James A. Fields, Attorney for Trustee<br>Samples, Jennings, Clem, and Fields, PLLC<br>130 Jordan Drive<br>Chattanooga,, TN 37421<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 5,750.00 | $ 5,750.00 | $ 5,750.00 | $ 0.00 | $ 0.00 |
| ATT FOR | 08/14/18 | 200 | James A. Fields, Attorney for Trustee<br>Samples, Jennings, Clem, and Fields, PLLC<br>130 Jordan Drive<br>Chattanooga,, TN 37421<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>Final Application for Fees and Expenses Granted on 8/14/2018 (Doc 91) | $ 2,525.00 | $ 2,525.00 | $ 2,525.00 | $ 0.00 | $ 0.00 |
| FEE | 06/20/18 | 200 | James R. Paris<br>620 Lindsay Street<br>Suite 210<br>Chattanooga, TN 37403<br><2100-00 Trustee Compensation> | $ 30,000.00 | $ 30,000.00 | $ 0.00 | $ 30,000.00 | $ 30,000.00 |
| TE | 07/12/18 | 200 | James R. Paris<br>620 Lindsay Street<br>Suite 210<br>Chattanooga, TN 37403<br><2200-00 Trustee Expenses> | $ 40.76 | $ 40.76 | $ 0.00 | $ 40.76 | $ 40.76 |
| | | Total for Priority 200:   100% Paid | | $ 68,639.64 | $ 68,639.64 | $ 38,236.88 | $ 30,402.76 | $ 30,402.76 |
| | | | Total for Admin Ch. 7 Claims: | $ 68,639.64 | $ 68,639.64 | $ 38,236.88 | $ 30,402.76 | $ 30,402.76 |

**Secured Claims:**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/23/17 | 100 | Pinnacle Bank c/o Mr. Gary Patrick<br>Patrick, Beard, Schulman & Jacoway P.C.<br>537 Market Street, Suite 202<br>Chattanooga, TN 37402<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 654,336.28 | $ 654,336.28 | $ 688,521.04 | $ 0.00 | $ 0.00 |

Printed: 10/31/18 2:57 PM | **Exhibit C** | Page: 3
**Claims Distribution Register**

**Case:    1:17-bk-12039-SDR BBCO, LLC**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 03/27/18 | 100 | Hamilton County Trustee Attn: Bankruptcy Dept.<br>625 Georgia Avenue, Room 210<br>Chattanooga, TN 37402 | | $ 4,226.54 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | | | | | | |
| | | | Allowed at $0.00 per Docs 94 and 98. | | | | | | |
| 6 | 03/27/18 | 100 | Hamilton County Trustee Attn: Bankruptcy Dept.<br>625 Georgia Avenue, Room 210<br>Chattanooga, TN 37402 | | $ 6,913.24 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | | | | | | |
| | | | Allowed at $0.00 per Docs 94 and 98. | | | | | | |
| 7 | 03/27/18 | 100 | Hamilton County Trustee Attn: Bankruptcy Dept.<br>625 Georgia Avenue, Room 210<br>Chattanooga, TN 37402 | | $ 5,434.58 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | | | | | | |
| | | | Allowed at $0.00 per Docs 94 and 98. | | | | | | |
| | | Total for Priority 100: | 105.22434% Paid | | $ 670,910.64 | $ 654,336.28 | $ 688,521.04 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | | $ 670,910.64 | $ 654,336.28 | $ 688,521.04 | $ 0.00 | $ 0.00 |

**Unsecured Claims:**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 2-6 | 06/28/17 | 610 | SmartBank c/o Mickles Law Firm<br>701 Market Street, suite 1610<br>Chattanooga, TN 37402 | | $ 344,622.18 | $ 12,488.61 | $ 0.00 | $ 12,488.61 | $ 1,492.78 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| | | | SmartBank was paid $316,687.69 directly at the closing of the 617 Signal Mountain Road Property leaving a balance of $27,934.49. Claim Reduced to final amount per Docs 94 and 98. | | | | | | |
| 3 | 08/10/17 | 610 | William H. Fryarc/o David J. Fulton, Esq.<br>620 Lindsay Street, Suite 240<br>Chattanooga, TN 37403 | | $ 50,000.00 | $ 33,738.44 | $ 0.00 | $ 33,738.44 | $ 4,032.81 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| | | | Claim reduced per Docs 94 and 98. | | | | | | |
| 4 | 08/10/17 | 610 | Robert Gammenthaler's Probate Estate c/o Harry Cash<br>633 Chestnut St., Suite 900<br>Chattanooga, TN 37450 | | $ 755,706.00 | $ 285,448.60 | $ 0.00 | $ 285,448.60 | $ 34,120.11 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| | | | Claim reduced per Docs 94 and 98. | | | | | | |
| | | Total for Priority 610: | 11.95315% Paid | | $ 1,150,328.18 | $ 331,675.65 | $ 0.00 | $ 331,675.65 | $ 39,645.70 |
| | | | Total for Unsecured Claims: | | $ 1,150,328.18 | $ 331,675.65 | $ 0.00 | $ 331,675.65 | $ 39,645.70 |
| | | | Total for Case: | | $ 1,889,878.46 | $ 1,054,651.57 | $ 726,757.92 | $ 362,078.41 | $ 70,048.46 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 1:17-bk-12039-SDR
Case Name: BBCO, LLC
Trustee Name: James R. Paris

**Balance on hand:**     $              70,048.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Pinnacle Bank c/o Mr. Gary Patrick Patrick, Beard, Schulman & Jacoway P.C. | 654,336.28 | 654,336.28 | 688,521.04 | 0.00 |
| 6 | Hamilton County Trustee Attn: Bankruptcy Dept. | 6,913.24 | 0.00 | 0.00 | 0.00 |
| 7 | Hamilton County Trustee Attn: Bankruptcy Dept. | 5,434.58 | 0.00 | 0.00 | 0.00 |
| 5 | Hamilton County Trustee Attn: Bankruptcy Dept. | 4,226.54 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $              0.00
Remaining balance:     $              70,048.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - James R. Paris | 30,000.00 | 0.00 | 30,000.00 |
| Trustee, Expenses - James R. Paris | 40.76 | 0.00 | 40.76 |
| Attorney for Trustee Fees - James A. Fields, Attorney for Trustee | 5,750.00 | 5,750.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 362.00 | 0.00 | 362.00 |
| Other State or Local Taxes (post-petition) - Tennessee Department of Revenue | 811.00 | 811.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Keith Cochran, CPA, P.C. | 500.00 | 500.00 | 0.00 |
| Attorney for Trustee Fees - JAMES R. PARIS | 6,900.00 | 6,900.00 | 0.00 |
| Attorney for Trustee, Expenses - James A. Fields, Attorney for Trustee | 23.68 | 23.68 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - James A. Fields, Attorney for Trustee | 2,525.00 | 2,525.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - James A. Fields, Attorney for Trustee | 35.80 | 35.80 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - W. ROGER FITCH | 13,407.50 | 13,407.50 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - W. ROGER FITCH | 8,032.50 | 8,032.50 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - W. ROGER FITCH | 140.10 | 140.10 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - W. ROGER FITCH | 111.30 | 111.30 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 30,402.76
Remaining balance: $ 39,645.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 39,645.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 39,645.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $331,675.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-6 | SmartBank c/o Mickles Law Firm | 12,488.61 | 0.00 | 1,492.78 |
| 3 | William H. Fryarc/o David J. Fulton, Esq. | 33,738.44 | 0.00 | 4,032.81 |
| 4 | Robert Gammenthaler's Probate Estate c/o Harry Cash | 285,448.60 | 0.00 | 34,120.11 |

|  | Total to be paid for timely general unsecured claims: | $ | 39,645.70 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**